UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INSIGHT TECHNOLOGY SOLUTIONS, INC., a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>INVISION TECHNOLOGY SOLUTIONS, INC., a Nevada corporation, LYNDLE FARRIS, an individual, and DOES 1 Through 10, inclusive<br><br>Defendants. | Case No. 3:10-cv-00283-RCJ-VPC<br><br>**ORDER FOR<br>ENTRY OF PERMANENT INJUNCTION** |

Plaintiff Insight Technology Solutions, Inc., through its counsel, and Defendants Invision Technology Solutions, Inc. and Lyndle Farris, hereby stipulate and agree to the entry of a permanent injunction as follows:

1. This Court has jurisdiction over the subject matter of this action and over the parties;

2. Defendants Invision Technology Solutions, Inc. ("Invision") and Lyndle Farris ("Farris"), their affiliates, agents, directors, officers, employees, representatives or future entities are permanently enjoined and restrained from using, selling, offering to sell the name, phrase or term "Invision Technology Solutions, Inc." for any purpose whatsoever, and from use of the terms "Insight," "Technology" or "Solutions" or any abbreviations thereof as part of a legal, DBA or other entity

1

1  name.

2

3  IT IS SO STIPULATED.

4  Dated: 10/4/10                          Dated: 10/11/10

5
   /s/ Cassandra P. Joseph
6  Cassandra P. Joseph, Esq.               Lyndie Farris, individually
   WATSON ROUNDS                           316 California Ave., Suite 317
7  5371 Kietzke Lane                       Reno, NV 89509
   Reno, NV 89511
8
   Attorneys for Plaintiff Insight
9  Technology Solutions, Inc.              Dated: 10/11/10

10

11                                         Invision Technology Solutions, Inc.
                                           316 California Ave., Suite 317
12                                         Reno, NV 89509

13

14

15

16

17  IT IS SO ORDERED:

18

19  UNITED STATES DISTRICT JUDGE
                11-02-2010
20  DATED:_____